IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

LINDA SEATER,

    Plaintiff,

  v.

KLAMATH COUNTY, et al.,

    Defendants.

Case No. 1:14-cv-00953-CL

**ORDER**

**McSHANE, District Judge**:

    This matter comes before me on Defendant's Motion for Summary Judgment. ECF Dkt. No. 57. Magistrate Judge Mark D. Clarke filed a Report and Recommendation, ECF Dkt. No. 74, and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Because no objections to the Magistrate Judge's Findings and Recommendations were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d

1 – ORDER

1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made).

    I have given the legal principles *de novo* review.   I find no error.   Accordingly, I ADOPT the Report and Recommendation.   ECF Dkt. No. 74.   Defendants' Motion for Summary Judgment, ECF Dkt. No. 57, is GRANTED as to Plaintiff's Sixth Claim, for violation of her procedural due process rights.   Plaintiff's other claims are REMANDED to state court.

    IT IS SO ORDERED.


    DATED this 15th day of March, 2016.


                              ___/s/Hon. Michael McShane__
                              MICHAEL McSHANE
                              U.S. DISTRICT JUDGE